**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR
9004-2(c)

**ABELSON & TRUESDALE**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

---

*In re*

DIANA WAHER-SALA,

                    Debtor.

Chapter 13

Case No. 19-33261

Judge: Hon. Christine M. Gravelle

---

**STIPULATION AND CONSENT ORDER RESOLVING OBJECTIONS OF
INTERNAL REVENUE SERVICE TO: (I) DEBTOR'S CHAPTER 13 PLAN
AND (II) DEBTOR'S MOTION TO EXPAND AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through seven (7) are
hereby **ORDERED**

**DATED: April 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to
(I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

WHEREAS the debtor Diana Waher-Sala (the "Debtor"), and creditor, United

States Internal Revenue Service (the "Service"), wish to enter into the following

stipulation and consent order pertaining to: (i) the Debtor's proposed chapter 13

plan (the "Plan") [ECF Doc. No. 3] and (ii) the Debtor's Motion to Enforce and/or

Extend the Automatic Stay to Lil Sprouts Educational Center, Inc. (the "Motion")

[ECF Doc. No. 24];

WHEREAS Lil Sprouts Educational Center, Inc. is the Debtor's wholly-

owned, non-debtor corporation (the "Corporation");

WHEREAS the Corporation has liabilities to the Service totaling $51,108.89,

which amount is secured by federal tax liens filed against the Corporation (the

"Secured Corporate Liability");

WHEREAS the Secured Corporate Liability is not included in proof of claim

filed against the Debtor by the Service (Claim No. 5) (the "Service Claim"), nor is

the Secured Corporate Liability currently provided for in the Plan;

WHEREAS the Corporation's failure to, *inter alia,* make required federal tax

payments and deposits due under Form 940 (Employer's Annual Federal

Unemployment Tax Return) and Form 941 (Employer's Quarterly Tax Return) has

caused the Service to take collection and enforcement actions against the

Corporation and the assets of the Corporation, including the issuance of federal tax

levies;

Page 3

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to
(I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

WHEREAS the Debtor is also the owner of an entity known as Precious

Moments Child Care, which is operated as a sole proprietorship (the "Sole

Proprietorship");

WHEREAS the Motion proposes to extend the automatic stay of 11 U.S.C.

§ 362 (the "Automatic Stay") to the non-debtor Corporation;

WHEREAS the position of the Service is that, absent the Service's consent,

the Motion is improper because: (i) the assets of a debtor's wholly owned, non-debtor

corporation are not part of a debtor's bankruptcy estate and, as a result, the

Automatic Stay does not apply by its own terms; (ii) an extension of the Automatic

Stay to a debtor's wholly-owned, non-debtor corporation (through 11 U.S.C. § 105(a)

or otherwise) is unavailable and impermissible in chapter 13 cases; (iii) a request to

extend the Automatic Stay to a debtor's wholly-owned, non-debtor corporation

(through 11 U.S.C. § 105(a) or otherwise) requires the initiation of an adversary

proceeding; (iv) even assuming that the extension of the Automatic Stay to a

debtor's wholly-owned, non-debtor corporation (through 11 U.S.C. § 105(a) or

otherwise) were statutorily and procedurally possible in this context, the Debtor has

not met her burden for obtaining such extraordinary relief as it pertains to the

Service; and (v) using the Debtor's bankruptcy case to enjoin the Service from

collecting the Secured Corporate Liability is impermissible because the Secured

Corporate Liability is not, at present, being provided for in the Plan;

Page 4

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to
(I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

WHEREAS the Service and the Debtor have agreed to the terms and
conditions by which the Service will voluntarily forbear from taking collection action
against the Corporation and the assets of the Corporation with respect to the
Secured Corporate Liability.

IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1.      Subject to the terms of this Order, the Service consents to the entry of
Debtor's Motion to Extend the Automatic Stay to the Corporation.

2.      The Service shall voluntarily forbear from taking collection action
against the Corporation and the assets of the Corporation on account of the Secured
Corporate Liability so long as the following terms and conditions are met:

   a. The Plan shall provide for the payment of post-confirmation
      interest on the secured portion of the Service Claim (Claim No. 5)
      as follows: $37,598.59 in principal, plus post-confirmation interest
      of $4,973.32 (calculated at the governing statutory rate of 5%) for a
      total Plan payment on the secured portion of the Service Claim of
      $42,571.91.

   b. In addition to payment of the Service Claim, the Debtor shall pay
      the Secured Corporate Liability in full through the Plan, plus post
      confirmation interest of $6,760.38 (calculated at the governing
      statutory rate of 5%) for a total Plan payment on the Secured

Page 5

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to
(I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

Corporate Liability of $57,869.27.

c.  The Debtor shall cause the Corporation and the Sole Proprietorship
to comply with all applicable requirements of federal tax law.
Without limiting the generality of the foregoing:

    i.   The Debtor shall cause the Corporation to file Forms 940
and 941 for the period ending December 31, 2019 within 7-
days of entry of this stipulation and consent order;

    ii.  On a going forward basis, the Debtor shall cause the
Corporation and the Sole Proprietorship to timely file all
required federal tax returns, including, without limitation,
Forms 940 and 941 as and when they become due; to that
end:

        1.  The Debtor shall cause signed copies of all returns to
be sent by facsimile to IRS Revenue Officer Angela
Kirchner at the following facsimile number: (855) 589-
6563; if a return is electronically filed, the Debtor shall
cause proof of such electronic filing to be sent IRS
Revenue Officer Angela Kirchner at the same facsimile
number.  In each instance, such information must be
sent no later than the due date for each return;

Page 6

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to
(I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

iii. On a going forward basis, and independent of the Debtor's

obligation to pay of the Secured Corporate Liability under

the Plan, the Debtor shall cause the Corporation and the Sole

Proprietorship to timely pay all federal taxes owing by the

Corporation and the Sole Proprietorship as and when they

become due, including, without limitation, all tax payments

and tax deposits due in connection with Forms 940 and 941;

to that end:

1.   The Debtor shall cause the Corporation and the Sole

Proprietorship to make federal tax deposits no later

than the fifteenth (15th) day of each month;

2.   Upon the making of each federal tax deposit, the

Debtor shall send a copy of the Electronic Federal Tax

Payment System (EFTPS) confirmation by facsimile to

IRS Revenue Officer Angela Kirchner at the following

facsimile number: (855) 589-6563.

3.   To the extent the Debtor fails to abide by any of the foregoing terms

and conditions and thereafter fails to cure such failure within five (5) business days

after counsel for the Service notifies counsel for the Debtor of the same: (i) the

Service shall be permitted to take any and all available collection and enforcement

Page 7

Debtor: Diana Waher-Sala

Bankr. Petition No. 19-33261

Caption of Order: Stipulation & Consent Order Resolving Objections of Internal Revenue Service to (I) Debtor's Chapter 13 Plan and (II) Debtor's Motion to Expand Automatic Stay

---

actions against the Corporation or the assets of the Corporation with respect to any

and all liabilities of the Corporation to the Service and (ii) the Service shall not be

subject to any stay order entered by the Court regarding the Corporation or the

assets of the Corporation.

    4.    For the avoidance of doubt, in the event of any inconsistency between

this stipulation and consent order and any order granting the Motion, the terms of

this stipulation and consent order shall control.

    SO STIPULATED AND AGREED:

Dated: March 13, 2020

**CRAIG CARPENITO
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY**

Digitally signed by EAMONN
O'HAGAN
Date: 2020.03.13 10:15:40 -04'00'

Eamonn O'Hagan, AUSA
*Attorney to the United States of America*

Dated: March __, 2020

**DIANA WAHER-SALA**

*/s/ Diana Waher-Sala*

Debtor

Dated: March 13, 2020

**DIANA WAHER-SALA**

Steven J. Abelson
*Counsel for the Debtor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-33261-CMG
Diana Waher-Sala                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Apr 02, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db              +Diana Waher-Sala,    941 Vaughn Avenue,    Toms River, NJ 08753-7954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven J. Abelson    on behalf of Debtor Diana  Waher-Sala sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie A. Hamilton    on behalf of Creditor    NJ Division of Taxation
           Valerie.Hamilton@law.njoag.gov
          Valerie A. Hamilton    on behalf of Creditor    NJ Division of Employer Accounts
           Valerie.Hamilton@law.njoag.gov
                                                                          TOTAL: 6