UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Diana Waher-Sala, debtor
Donald Sala, co-debtor

Case No.:       19-33261 CMG

Chapter:        13

Hearing Date:   5/20/2020

Judge:          Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Motion for Relief from Co-Debtor Stay filed on April 16, 2020, docket number 34

_____

Date: 4/16/2020                         /s/ Denise Carlon
                                        Signature

*rev.8/1/15*