UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
DIANA WAHER-SALA

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-33261
Adv. No.:

Hearing Date: 3/4/20

JUDGE: HON. CHRISTINE M. GRAVELLE

## CONSENT ORDER AMENDING CONSENT ORDER
## OF APRIL 2, 2020

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 30, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

page 2

**CAPTION OF ORDER:**
CONSINT ORDER AMENDING CONSENT ORDER
OF APRIL 2. 2020

**CASE UMBER:**   19-33261

**DATE OF HEARING:** 3/4/20

**JUDGE:** HON. CHRISTINE M. GRAYELLE

---

THIS MATTER being opened to the Court upon the application of the Debtor to have the Automatic Stay Extended to the Debtor's solely owned corporation, L'il Sprouts Educational Cetner. Inc and the parties having amicably resolved the issues in dispute as set forth in the Consent Order entered 4/2/20 (Docket# 32) for payment of the Corporate tax liabilities, and the IRS having amended its proofs of claim to be consistent with same but continuing to include the Individual Trust Fund Penalties stemming from the Corporate Liability as a Priority Debt, which would result in a double payment of same since they are also included in the liability of the Corporation per the Consent Order, and for good cause shown:

IT IS ORDERED as follows:

1) The Consent Order of April 2, 2020 between the Debtors and the Internal Revenue Service is hereby amended as follows:

a) Paragraph ,i 2b of the 4/2/20 Consent Order shall be revised to reflect that the Secured Corporate Liability to be paid by the Chapter 13 Trustee shall be reduced from $57,869.27 to $29,749.33 (Principal of $26,274.33 plus interest of $3,475) thus providing the Debtor with a credit for those corporate sums being paid through the Priority Proof of Claim (Claim #5, as amended 5/20/20).

b) Debtor's satisfaction of the Priority Proof of Claim in Claim # 5 shall be deemed satisfaction of that portion of the Secured Corporate liability in ,i 2b of the Consent Order paid as part of the Priority Claim against the Debtor.

2) The Consent Order of 4/2/20 shall remain in full force and valid in all other respects.

The undersigned hereby consent to the form and entry of the foregoing Order.

_____          _____
Eamonn O'Hagen                                    A BELSON & TRUESDALE, LLC
Asst. United States Attorney                 By: Steven l Abelson, Esq
Internal Revenue Service                      Attorney for Debtor

Digitally signed by EAMONN O'HAGAN
Date: 2020.06.30 09:35:44 -04'00'