UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

DIANA WAHER-SALA

Debtor

Case No.: 19-33261 CMG

Chapter: 13

Hearing Date: 7/1/20

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled        ☐ Withdrawn

Matter: The minutes of 7/1/20 confirmation are amended as follows : PLAN CONFIRMED $9,792 PTD; $3,617 X 54 BEGINNING 7/1/20

_____

Date: 7/2/20

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*