UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
DIANA WAHER-SALA

Case No.: 19-33261
Adv. No.:

Hearing Date: 3/4/20

JUDGE: HON. CHRISTINE M. GRAVELLE

## CONSENT ORDER AMENDING CONSENT ORDER
## OF APRIL 2, 2020

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 30, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

page 2

**CAPTION OF ORDER:**
CONSINT ORDER AMENDING CONSENT ORDER
OF APRIL 2. 2020

**CASE UMBER:** 19-33261

**DATE OF HEARING:** 3/4/20

**JUDGE:** HON. CHRISTINE M. GRAYELLE

---

THIS MATTER being opened to the Court upon the application of the Debtor to have the Automatic Stay Extended to the Debtor's solely owned corporation, L'il Sprouts Educational Cetner. Inc and the parties having amicably resolved the issues in dispute as set forth in the Consent Order entered 4/2/20 (Docket# 32) for payment of the Corporate tax liabilities, and the IRS having amended its proofs of claim to be consistent with same but continuing to include the Individual Trust Fund Penalties stemming from the Corporate Liability as a Priority Debt, which would result in a double payment of same since they are also included in the liability of the Corporation per the Consent Order, and for good cause shown:

IT IS ORDERED as follows:

l) The Consent Order of April 2, 2020 between the Debtors and the Internal Revenue Service is hereby amended as follows:

a) Paragraph ,i 2b of the 4/2/20 Consent Order shall be revised to reflect that the Secured Corporate Liability to be paid by the Chapter 13 Trustee shall be reduced from $57,869.27 to $29,749.33 (Principal of $26,274.33 plus interest of $3,475) thus providing the Debtor with a credit for those corporate sums being paid through the Priority Proof of Claim (Claim #5, as amended 5/20/20).

b) Debtor's satisfaction of the Priority Proof of Claim in Claim # 5 shall be deemed satisfaction of that portion of the Secured Corporate liability in ,i 2b of the Consent Order paid as part of the Priority Claim against the Debtor.

2) The Consent Order of 4/2/20 shall remain in full force and valid in all other respects.

The undersigned hereby consent to the form and entry of the foregoing Order.

_____
Eamonn O'Hagen
Asst. United States Attorney
Internal Revenue Service

Digitally signed by EAMONN O'HAGAN
Date: 2020.06.30 09:35:44 -04'00'

_____
A BELSON & TRUESDALE, LLC
By: Steven l Abelson, Esq
Attorney for Debtor

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 19-33261-CMG
Diana Waher-Sala                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 30, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db             +Diana Waher-Sala,    941 Vaughn Avenue,    Toms River, NJ 08753-7954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Steven J. Abelson    on behalf of Debtor Diana   Waher-Sala sjaesq@atrbklaw.com,
         atrbk1@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Valerie A. Hamilton    on behalf of Creditor   NJ Division of Taxation
         Valerie.Hamilton@law.njoag.gov
        Valerie A. Hamilton    on behalf of Creditor   NJ Division of Employer Accounts
         Valerie.Hamilton@law.njoag.gov
                                                                                                TOTAL: 6