| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-33261 / CMG**

Diana Waher-Sala

Petition Filed Date: 12/16/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 07/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $1,632.00 | 65350850 | 03/04/2020 | $1,632.00 | 66099310 | 04/08/2020 | $1,632.00 | 66984630 |
| 05/12/2020 | $1,632.00 | 67785260 | 06/15/2020 | $1,632.00 | 68624750 | 06/30/2020 | $1,632.00 | 68989980 |
| 07/14/2020 | $3,617.00 | 4802 | 09/14/2020 | $1,808.00 | 70843350 | 10/06/2020 | $1,808.00 | 71411390 |
| 11/02/2020 | $1,808.00 | 72039760 | 12/02/2020 | $1,808.00 | 72752970 | 12/10/2020 | $1,808.00 | 72970750 |
| 01/04/2021 | $1,808.00 | 73491540 | 01/20/2021 | $1,808.00 | 73906570 | 02/08/2021 | $1,808.00 | 74414840 |

**Total Receipts for the Period: $27,873.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,873.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diana Waher-Sala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J ABELSON, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,097.36 | $0.00 | $1,097.36 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT FRESHSTART | Unsecured Creditors | $976.62 | $0.00 | $976.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/JC PENNEY CC | Unsecured Creditors | $3,215.55 | $0.00 | $3,215.55 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWE'S | Unsecured Creditors | $1,313.36 | $0.00 | $1,313.36 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2007-2017/ORD 4/2/20 | Secured Creditors | $42,571.91 | $0.00 | $42,571.91 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2014;2016-2019 | Priority Crediors | $41,840.77 | $14,700.89 | $27,139.88 |
| 7 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $910.04 | $0.00 | $910.04 |
| 8 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS 2007-2013 | Secured Creditors | $12,651.64 | $0.00 | $12,651.64 |
| 9 | THE SWISS COLONY | Unsecured Creditors | $302.75 | $0.00 | $302.75 |
| 10 | FIGI'S GIFTS | Unsecured Creditors | $283.93 | $0.00 | $283.93 |
| 11 | STONEBERRY | Unsecured Creditors | $157.18 | $0.00 | $157.18 |
| 12 | MASSEY'S | Unsecured Creditors | $218.20 | $0.00 | $218.20 |
| 13 | Seventh Avenue | Unsecured Creditors | $264.68 | $0.00 | $264.68 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS CHILDCARE | Priority Crediors | $918.78 | $326.85 | $591.93 |
| 15 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS CHILDCARE | Unsecured Creditors | $4,127.33 | $0.00 | $4,127.33 |
| 16 | THE BANK OF MISSOURI DBA FORTIVA | Unsecured Creditors | $595.53 | $0.00 | $595.53 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,902.86 | $0.00 | $2,902.86 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK | Unsecured Creditors | $10,509.09 | $0.00 | $10,509.09 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK | Unsecured Creditors | $4,199.86 | $0.00 | $4,199.86 |
| 20 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,182.31 | $0.00 | $1,182.31 |
| 21 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $960.99 | $0.00 | $960.99 |
| 22 | NJ DIVISION OF TAXATION<br>»» PRECIOUS MOMENTS CHILDCARE/STIP 6/21/ | Priority Crediors | $1,738.72 | $618.54 | $1,120.18 |
| 23 | QUANTUM3 GROUP LLC<br>»» NEW YORK & CO. | Unsecured Creditors | $2,181.86 | $0.00 | $2,181.86 |
| 24 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.37 | $0.00 | $76.37 |
| 25 | MIDFIRST BANK<br>»» P/941 VAUGHN AV/1ST MTG/ORDER 5/26/20 | Mortgage Arrears | $44,411.90 | $0.00 | $44,411.90 |
| 26 | INTERNAL REVENUE SERVICE<br>»» PRECIOUS MOMENTS CHILDCARE/AMD CON ORD 6/30/20 | Secured Creditors | $29,749.33 | $0.00 | $29,749.33 |
| 27 | MIDFIRST BANK<br>»» 941 VAUGHN AVE/PP ARREARS 5/29/20 | Mortgage Arrears | $5,588.27 | $0.00 | $5,588.27 |
| 28 | MIDFIRST BANK<br>»» P/941 VAUGHN AVE/ATTY FEES 5/29/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/POST-PET/STIP 6/21/20 | Other Administrative Fees | $807.57 | $807.57 | $0.00 |
| 30 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/20 | Secured Creditors | $1,815.32 | $0.00 | $1,815.32 |
| 31 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/20 | Priority Crediors | $1,300.63 | $462.68 | $837.95 |
| 32 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/2020 | Unsecured Creditors | $327.14 | $0.00 | $327.14 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,873.00 | Plan Balance: | $177,237.00 ** |
| Paid to Claims: | $20,577.53 | Current Monthly Payment: | $3,617.00 |
| Paid to Trustee: | $2,202.33 | Arrearages: | $10,855.00 |
| Funds on Hand: | $5,093.14 | Total Plan Base: | $205,110.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- **View your case information online for *FREE*!** Register today at www.ndc.org.

**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.