**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                              Case No.:  _____19-33261_____

DIANE WAHER-SALA                                       Judge:     _____CMG_____

                Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: ____5/25/21_____

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___/s/ SJA___     Initial Debtor: ____/s/ DWS____     Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____36,913_____ per ____paid to date____ to the Chapter 13 Trustee, starting on _____1/1/2020_____ for approximately _____17_____ months.
*and $ 2,516 per month starting 6/1/21 for Sixty-Seven (67) months*

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,430 (paid)<br>*300 (supp fee app)* |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | PRIORITY (Taxes) | $ 41,480.77 ($ 22,460.37 paid) |
| NJ DIV OF TAXATION | PRIORITY (Taxes)<br>Administrative<br>PRIORITY (Taxes) | $ 1,738.72 ( $ 938.81 paid)<br>$ 807.57 (paid)<br>$ 1,300.63 ($ 702.26 paid) |
| NJ DEPT OF LABOR & WORKFORCE | PRIORITY (Taxes) | $ 918.78 ($ 496.09 paid) |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Mid First Bank | Residence | 44,411.90<br>531.00<br>5,588.27 | n/a<br>n/a<br>n/a | $ 44,411.90<br>$      531.00<br>$   5,588.27 | $ 1,381 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | All Property | $ 74,816.95 | $ 37,598.59 | n/a | $ 37,598.59 | 5% | $ 42,571.91 (confirmed and granted- See consent Order of 4/2/20) |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Service | Corporation Tax Liabilities | $ 29,749.33 (See Con. Ord.of 6/30/20) |
| NJ Division of Taxation | Residence | $ 1,815.32 (See Con. Ord. of 6/21/20) |
| NJ Dept of Labor & Workforce | Residence | $12,651.64 (See Con. Ord. of 6/21/20) |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7:    Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Internal Revenue Service | Residence | $ 74,816.95 | $ 37,598.59 | $ 37,598.59 (Confirmed Plan- for info. purposes only - see Consent Orders of 4/2/20 and 6/30/20) | $ 910.04 |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

    1) Ch. 13 Standing Trustee commissions

    2) Administrative Claims

    3) Priority Claims

    4) Secured Claims    5) G.U.C.

    **d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 12/3/19 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Income reduced during Pandemic. Application is made per CARES Act. | 1) Plan extended to 84 months and payments recalculated. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 5/25/21_____    /s/ Diane Waher-Sala_____
                                         Debtor

Date: _____    _____
                                         Joint Debtor

Date: 5/25/21_____    /s/ Steven J. Abelson_____
                                         Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-33261-CMG
Diana Waher-Sala  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Jun 02, 2021      Form ID: pdf901      Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Waher-Sala, 941 Vaughn Avenue, Toms River, NJ 08753-7954 |
| 518673644 | + | ABC Receivables, PO Box 350, Asbury Park, NJ 07712-0350 |
| 518620323 | + | ADS, 495 Commerce Dr, Ste 2, Amherst, NY 14228-2311 |
| 518620324 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 518673650 | + | CMC Home Health, 99 Route 37 West, Toms River, NJ 08755-6423 |
| 518673648 | + | Clinical Practices-UPenn, PO Box 7579, Philadelphia, PA 19175-0001 |
| 518673649 | + | Clovis & Roche, PO Box 1164, Metairie, LA 70004-1164 |
| 518673653 | + | Community surgical Supply, 1390 Route 37 West, Toms River, NJ 08755-4924 |
| 518673654 | + | Delbet Services Corp, 7125 Pollock Drive, Las Vegas, NV 89119-4415 |
| 518672059 | + | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620327 | + | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 518620328 | + | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 518889768 | + | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518620332 | #+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 518673658 | + | Lyons, Doughty & Veldhuis, PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 518673660 | + | Mercantile Adjustment, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 518620335 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 518673662 | + | Monmouth Ocean Hospital Services, 4806 Megill Road, Neptune, NJ 07753-6926 |
| 518620337 | | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518734945 | | New Jersey Department of, Labor and Workforce, Development, Division of Employer, Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518889769 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518889770 | + | Ocean/B-Safe Security Systems, 679 Bridgeton Pike, Mantua, NJ 08051-1320 |
| 518673663 | + | Paths LLC, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 518673664 | + | RMS, PO Box 509, Richfield, OH 44286-0509 |
| 518673665 | | Route 9 Shopper, Direct Mail, Englishtown, NJ 07726 |
| 518620338 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Compliance & Enforcement-Bankruptcy, 50 Barrack Street, 9th Fl, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518889771 | + | Suez Water Toms Rivre, 69 Devoe Place, Hackensack, NJ 07601-6105 |
| 518664758 | | THE STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON, NJ 08625-0379 |
| 518676191 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518673668 | + | UMDNJ, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518620343 | + | UMDNJ Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518673670 | | UPA Recovery, ADMC Bldg, #12, 39 Bergen St., Newark, nj 07107 |
| 518673669 | + | University Physician Associates of NJ, 220 Davidson Avenue, 2nd Floor, Somerset, NJ 08873-4149 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518673645 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jun 02 2021 21:45:00 | ALliance One, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 518673647 | Email/Text: bankruptcy@cashcall.com | Jun 02 2021 21:47:00 | Cash Call, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 518673646 | + Email/Text: bnc-capio@quantum3group.com | Jun 02 2021 21:46:00 | Capio Partners, 2222 Texoma Pkwy, Suite 150, Sherman, TX 75090-2481 |
| 518620325 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 02 2021 22:10:04 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518673651 | + Email/Text: documentfiling@lciinc.com | Jun 02 2021 21:45:00 | Comcast, 12641 Corporate Lakes Drive, Ft. Myers, FL 33913-9900 |
| 518673652 | + Email/Text: ebn@rwjbh.org | Jun 02 2021 21:47:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518620326 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2021 22:10:04 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518620334 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 22:12:12 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 518673655 | + Email/PDF: gecsedi@recoverycorp.com | Jun 02 2021 22:11:01 | GE Capital/Lowes, Attn BK Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 518673656 | + Email/PDF: gecsedi@recoverycorp.com | Jun 02 2021 22:12:06 | GECRB, PO Box 960010, Orlando, FL 32896-0010 |
| 518620329 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2021 21:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518673657 | + Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Jun 02 2021 21:47:00 | Jersey Shore U Med Ctr, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518629685 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2021 22:10:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518620333 | + Email/Text: Documentfiling@lciinc.com | Jun 02 2021 21:46:00 | Lending Club, 595 Market Street, Ste 200, San Francisco, CA 94105-2807 |
| 518672061 | + Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:45:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518673659 | + Email/Text: bknotices@mbandw.com | Jun 02 2021 21:47:00 | McCarthy, Burgess & Wolff, The MB&W Bldg, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518673661 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 02 2021 22:12:09 | Midfirst Bank, 999 Northwest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 518620336 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2021 21:46:00 | New York & Co, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518620339 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2021 22:10:06 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 518684572 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2021 22:10:06 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 518654927 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2021 22:10:06 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518654983 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2021 22:12:13 | Portfolio Recovery Associates, LLC, c/o Lowes, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518699726 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2021 21:47:00 | POB 41067, Norfolk VA 23541<br>Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518631895 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518712935 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518698061 | | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518673666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 22:11:08 | Sears/Citibank, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518672062 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:47:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620340 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:47:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518672060 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:45:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518673667 | + | Email/Text: rmbncreports@supermedia.com | Jun 02 2021 21:47:00 | Supermedia, PO Box 619810, Dallas, TX 75261-9810 |
| 518620341 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:47:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518623348 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2021 22:11:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518620342 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2021 22:12:06 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518672058 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2021 21:47:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620344 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 518721042 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 02 2021 22:10:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518620345 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2021 21:47:00 | WebBank/Fingerhut, 215 S. State St., Ste 800, Salt Lake City, UT 84111-2339 |
| 518673671 | + | Email/Text: bncmail@w-legal.com | Jun 02 2021 21:47:00 | Weinstein & Riley, 2001 Western AVenue, Suite 400, Seattle, WA 98121-3132 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518620330 | *+ | Internal Revenue Service (SP), Special Procedures, 200 Sheffield Street, Mountainside, NJ 07092-2314 |
| 518620331 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518729067 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518704647 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518673672 | ##++++ | YELLOW BOOK USA, 398 RXR PLZ, UNIONDALE NY 11556-0398, address filed with court:, Yellow Book USA, 193 EAB Plaza, Uniondale, NY 11556-0193 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                   Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Diana Waher-Sala sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Employer Accounts Valerie.Hamilton@law.njoag.gov |

TOTAL: 7