Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–33261–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Waher–Sala
   dba Lil Sprouts & Precious Moments
   941 Vaughn Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx–xx–5392

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 9, 2021.

Dated: July 9, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 19-33261-CMG

Diana Waher-Sala                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                          Page 1 of 4

Date Rcvd: Jul 09, 2021                    Form ID: plncf13                            Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Waher-Sala, 941 Vaughn Avenue, Toms River, NJ 08753-7954 |
| 518673644 | + | ABC Receivables, PO Box 350, Asbury Park, NJ 07712-0350 |
| 518620323 | + | ADS, 495 Commerce Dr, Ste 2, Amherst, NY 14228-2311 |
| 518620324 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 518673650 | + | CMC Home Health, 99 Route 37 West, Toms River, NJ 08755-6423 |
| 518673648 | + | Clinical Practices-UPenn, PO Box 7579, Philadelphia, PA 19175-0001 |
| 518673649 | + | Clovis & Roche, PO Box 1164, Metairie, LA 70004-1164 |
| 518673653 | + | Community surgical Supply, 1390 Route 37 West, Toms River, NJ 08755-4924 |
| 518673654 | + | Delbet Services Corp, 7125 Pollock Drive, Las Vegas, NV 89119-4415 |
| 518672059 | + | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620327 | + | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 518620328 | + | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 518889768 | + | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518673658 | + | Lyons, Doughty & Veldhuis, PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 518673660 | + | Mercantile Adjustment, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 518620335 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 518673662 | + | Monmouth Ocean Hospital Services, 4806 Megill Road, Neptune, NJ 07753-6926 |
| 518620337 | | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518734945 | | New Jersey Department of, Labor and Workforce, Development, Division of Employer, Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518889769 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518889770 | + | Ocean/B-Safe Security Systems, 679 Bridgeton Pike, Mantua, NJ 08051-1320 |
| 518673663 | + | Paths LLC, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 518673664 | + | RMS, PO Box 509, Richfield, OH 44286-0509 |
| 518673665 | | Route 9 Shopper, Direct Mail, Englishtown, NJ 07726 |
| 518620338 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Compliance & Enforcement-Bankruptcy, 50 Barrack Street, 9th Fl, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518889771 | + | Suez Water Toms Rivre, 69 Devoe Place, Hackensack, NJ 07601-6105 |
| 518664758 | | THE STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON, NJ 08625-0379 |
| 518676191 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518673668 | + | UMDNJ, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518620343 | + | UMDNJ Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518673670 | | UPA Recovery, ADMC Bldg, #12, 39 Bergen St., Newark, nj 07107 |
| 518673669 | + | University Physician Associates of NJ, 220 Davidson Avenue, 2nd Floor, Somerset, NJ 08873-4149 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

District/off: 0312-3            User: admin            Page 2 of 4

Date Rcvd: Jul 09, 2021            Form ID: plncf13            Total Noticed: 75

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518673645 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 09 2021 20:28:00 | ALliance One, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 518673647 | | Email/Text: bankruptcy@cashcall.com | Jul 09 2021 20:29:00 | Cash Call, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 518673646 | + | Email/Text: bnc-capio@quantum3group.com | Jul 09 2021 20:29:00 | Capio Partners, 2222 Texoma Pkwy, Suite 150, Sherman, TX 75090-2481 |
| 518620325 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:44 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518673651 | + | Email/Text: documentfiling@lciinc.com | Jul 09 2021 20:28:00 | Comcast, 12641 Corporate Lakes Drive, Ft. Myers, FL 33913-9900 |
| 518673652 | + | Email/Text: ebn@rwjbh.org | Jul 09 2021 20:29:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518620326 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2021 20:38:43 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518620334 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:46 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 518673655 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:48 | GE Capital/Lowes, Attn BK Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 518673656 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:33 | GECRB, PO Box 960010, Orlando, FL 32896-0010 |
| 518620329 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 09 2021 20:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518673657 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Jul 09 2021 20:29:00 | Jersey Shore U Med Ctr, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518629685 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2021 20:38:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518620333 | + | Email/Text: Documentfiling@lciinc.com | Jul 09 2021 20:29:00 | Lending Club, 595 Market Street, Ste 200, San Francisco, CA 94105-2807 |
| 518672061 | + | Email/Text: bankruptcy@sccompanies.com | Jul 09 2021 20:28:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518673659 | + | Email/Text: bknotices@mbandw.com | Jul 09 2021 20:29:00 | McCarthy, Burgess & Wolff, The MB&W Bldg, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518673661 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 09 2021 20:38:35 | Midfirst Bank, 999 Northwest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 518620336 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | New York & Co, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518620339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:35 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 519244335 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519244336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518684572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:34 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 518654927 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:43 | Portfolio Recovery Associates, LLC, c/o Jc |

District/off: 0312-3                                     User: admin                                         Page 3 of 4

Date Rcvd: Jul 09, 2021                                 Form ID: plncf13                                     Total Noticed: 75

| | | | |
|---|---|---|---|
| | | | Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518654983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 09 2021 20:38:35 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518699726 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 09 2021 20:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518631895 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518712935 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518698061 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518673666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 09 2021 20:38:37 | Sears/Citibank, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518672062 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 09 2021 20:29:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620340 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 09 2021 20:29:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518672060 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 09 2021 20:28:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518673667 | + | Email/Text: rmbncreports@supermedia.com | |
| | | Jul 09 2021 20:29:00 | Supermedia, PO Box 619810, Dallas, TX 75261-9810 |
| 518620341 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 09 2021 20:29:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518623348 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 09 2021 20:38:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518620342 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 09 2021 20:38:40 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518672058 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jul 09 2021 20:29:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620344 | + | Email/Text: usanj.njbankr@usdoj.gov | |
| | | Jul 09 2021 20:29:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 518721042 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Jul 09 2021 20:38:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518620345 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Jul 09 2021 20:29:00 | WebBank/Fingerhut, 215 S. State St., Ste 800, Salt Lake City, UT 84111-2339 |
| 518673671 | + | Email/Text: bncmail@w-legal.com | |
| | | Jul 09 2021 20:29:00 | Weinstein & Riley, 2001 Western AVenue, Suite 400, Seattle, WA 98121-3132 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518620330 | *+ | Internal Revenue Service (SP), Special Procedures, 200 Sheffield Street, Mountainside, NJ 07092-2314 |
| 518620331 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518729067 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518704647 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ |

District/off: 0312-3                                                    User: admin                                                    Page 4 of 4

Date Rcvd: Jul 09, 2021                                          Form ID: plncf13                                          Total Noticed: 75

|          |        | 08695-0245 |
|----------|--------|------------|
| 518620332 | ##+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 518673672 | ##++++ | YELLOW BOOK USA, 398 RXR PLZ, UNIONDALE NY 11556-0398, address filed with court:, Yellow Book USA, 193 EAB Plaza, Uniondale, NY 11556-0193 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Diana Waher-Sala sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Employer Accounts Valerie.Hamilton@law.njoag.gov |

TOTAL: 7