| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| ABELSON LAW OFFICES<br>By: Steven J. Abelson<br>(ID SA 7987)<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728<br>(732) 462-4773<br>Attorney for Debtor |
| In Re:<br><br>DIANA WAHER-SALA |

Order Filed on July 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-33261

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson_____, the applicant, is allowed a fee of $ _____550_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____550_____. The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.   $ 300

 ☒ outside the plan.   $ 250

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*