| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-33261 / CMG

Diana Waher-Sala

Petition Filed Date: 12/16/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 07/01/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/04/2021 | $1,808.00 | 73491540 | 01/20/2021 | $1,808.00 | 73906570 | 02/08/2021 | $1,808.00 | 74414840 |
| 03/01/2021 | $1,808.00 | 74896300 | 03/18/2021 | $1,808.00 | 75314300 | 04/05/2021 | $1,808.00 | 75687360 |
| 04/22/2021 | $1,808.00 | 76152200 | 05/03/2021 | $1,808.00 | 76421740 | 06/24/2021 | $1,258.00 | 77611590 |
| 07/06/2021 | $1,258.00 | 77813110 | 07/22/2021 | $1,258.00 | 78253490 | 08/11/2021 | $1,258.00 | 78714060 |
| 09/02/2021 | $1,258.00 | 79190500 | 09/21/2021 | $1,258.00 | 79611870 | 10/06/2021 | $1,258.00 | 79979090 |
| 10/20/2021 | $1,258.00 | 80255680 | 11/02/2021 | $1,258.00 | 80545990 | 11/17/2021 | $1,258.00 | 80878730 |
| 12/02/2021 | $1,258.00 | 81188840 | 12/28/2021 | $1,258.00 | 81629620 | 01/10/2022 | $1,258.00 | 81981190 |
| 01/26/2022 | $1,258.00 | 82319140 | | | | | | |

**Total Receipts for the Period:  $32,076.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $54,525.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- | --- |
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Diana Waher-Sala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J ABELSON, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,097.36 | $0.00 | $1,097.36 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT FRESHSTART | Unsecured Creditors | $976.62 | $0.00 | $976.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/JC PENNEY CC | Unsecured Creditors | $3,215.55 | $0.00 | $3,215.55 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWE'S | Unsecured Creditors | $1,313.36 | $0.00 | $1,313.36 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2007-2017/ORD 4/2/20 | Secured Creditors | $42,571.91 | $0.00 | $42,571.91 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2014;2016-2019 | Priority Crediors | $41,840.77 | $39,491.29 | $2,349.48 |
| 7 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $910.04 | $0.00 | $910.04 |
| 8 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS 2007-2013 | Secured Creditors | $12,651.64 | $0.00 | $12,651.64 |
| 9 | THE SWISS COLONY | Unsecured Creditors | $302.75 | $0.00 | $302.75 |
| 10 | FIGI'S GIFTS | Unsecured Creditors | $283.93 | $0.00 | $283.93 |
| 11 | STONEBERRY | Unsecured Creditors | $157.18 | $0.00 | $157.18 |

**Chapter 13 Case No. 19-33261 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MASSEY'S | Unsecured Creditors | $218.20 | $0.00 | $218.20 |
| 13 | Seventh Avenue | Unsecured Creditors | $264.68 | $0.00 | $264.68 |
| 14 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS CHILDCARE | Priority Crediors | $918.78 | $867.54 | $51.24 |
| 15 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS CHILDCARE | Unsecured Creditors | $4,127.33 | $0.00 | $4,127.33 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANK OF MISSOURI | Unsecured Creditors | $595.53 | $0.00 | $595.53 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,902.86 | $0.00 | $2,902.86 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK | Unsecured Creditors | $10,509.09 | $0.00 | $10,509.09 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK | Unsecured Creditors | $4,199.86 | $0.00 | $4,199.86 |
| 20 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,182.31 | $0.00 | $1,182.31 |
| 21 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $960.99 | $0.00 | $960.99 |
| 22 | NJ DIVISION OF TAXATION<br>»» PRECIOUS MOMENTS CHILDCARE/STIP 6/21/ | Priority Crediors | $1,738.72 | $1,641.75 | $96.97 |
| 23 | QUANTUM3 GROUP LLC<br>»» NEW YORK & CO. | Unsecured Creditors | $2,181.86 | $0.00 | $2,181.86 |
| 24 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.37 | $0.00 | $76.37 |
| 25 | MIDFIRST BANK<br>»» P/941 VAUGHN AV/1ST MTG/ORDER 5/26/20 | Mortgage Arrears | $44,411.90 | $0.00 | $44,411.90 |
| 26 | INTERNAL REVENUE SERVICE<br>»» PRECIOUS MOMENTS CHILDCARE/AMD CON<br>ORD 6/30/20 | Secured Creditors | $29,749.33 | $0.00 | $29,749.33 |
| 27 | MIDFIRST BANK<br>»» 941 VAUGHN AVE/PP ARREARS 5/29/20 | Mortgage Arrears | $5,588.27 | $0.00 | $5,588.27 |
| 28 | MIDFIRST BANK<br>»» P/941 VAUGHN AVE/ATTY FEES 5/29/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/POST-PET/STIP 6/21/20 | Other Administrative Fees | $807.57 | $807.57 | $0.00 |
| 30 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/20 | Secured Creditors | $1,815.32 | $0.00 | $1,815.32 |
| 31 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/20 | Priority Crediors | $1,300.63 | $1,228.09 | $72.54 |
| 32 | NJ DIVISION OF TAXATION<br>»» LIL SPROUTS/STIP 6/21/2020 | Unsecured Creditors | $327.14 | $0.00 | $327.14 |
| 0 | STEVEN J ABELSON, ESQ<br>»» ORDER 7/21/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |

**Chapter 13 Case No. 19-33261 / CMG**

| SUMMARY | | |
|---|---|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,525.00 | Plan Balance: | $152,543.00 ** |
| Paid to Claims: | $47,997.24 | Current Monthly Payment: | $2,554.00 |
| Paid to Trustee: | $4,223.10 | Arrearages: | $4,078.00 |
| Funds on Hand: | $2,304.66 | Total Plan Base: | $207,068.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**