UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON LAW OFFICES
By: Steven J. Abelson
(ID SA 7987)
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

Order Filed on July 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DIANA WAHER-SALA

Case No.: 19-33261

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 29, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson_____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____700_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.   $ 400

    ☒ outside the plan.   $ 300

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2