| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-33261 / CMG**

Diana Waher-Sala

Petition Filed Date: 12/16/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 07/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | $1,258.00 | 81981190 | 01/26/2022 | $1,258.00 | 82319140 | 02/14/2022 | $1,258.00 | 82719930 |
| 02/28/2022 | $1,258.00 | 83058150 | 03/14/2022 | $1,258.00 | 83385560 | 03/31/2022 | $1,258.00 | 83709390 |
| 04/18/2022 | $1,258.00 | 84025480 | 05/02/2022 | $1,258.00 | 84340190 | 05/16/2022 | $1,258.00 | 84699040 |
| 05/31/2022 | $1,258.00 | 84952430 | 06/15/2022 | $1,258.00 | 85293600 | 07/05/2022 | $1,258.00 | 85631050 |
| 07/18/2022 | $1,258.00 | 85945220 | 08/02/2022 | $1,258.00 | 86221410 | 08/16/2022 | $1,258.00 | 86498600 |
| 09/02/2022 | $1,258.00 | 86832740 | 09/29/2022 | $1,258.00 | 87310400 | 10/17/2022 | $1,258.00 | 87734490 |
| 12/01/2022 | $1,258.00 | 88518950 | 12/09/2022 | $1,258.00 | 88733730 | 12/27/2022 | $1,258.00 | 88966570 |
| 12/29/2022 | $1,258.00 | 89044810 | 01/13/2023 | $1,258.00 | 89367980 | 01/27/2023 | $1,258.00 | 89605150 |
| 02/13/2023 | $1,258.00 | 89961330 | 02/27/2023 | $1,258.00 | 90200220 | 03/13/2023 | $1,258.00 | 90523990 |

**Total Receipts for the Period: $33,966.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $85,975.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diana Waher-Sala | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,097.36 | $0.00 | $1,097.36 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT FRESHSTART | Unsecured Creditors | $976.62 | $0.00 | $976.62 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/JC PENNEY CC | Unsecured Creditors | $3,215.55 | $0.00 | $3,215.55 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWE'S | Unsecured Creditors | $1,313.36 | $0.00 | $1,313.36 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2007-2017/ORD 4/2/20 | Secured Creditors | $42,571.91 | $10,968.75 | $31,603.16 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2014;2016-2019 | Priority Crediors | $41,840.77 | $41,840.77 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $910.04 | $0.00 | $910.04 |
| 8 | NJ DEPT OF LABOR & WORKFORCE<br>»» PRECIOUS MOMENTS 2007-2013 | Secured Creditors | $12,651.64 | $3,259.71 | $9,391.93 |
| 9 | THE SWISS COLONY | Unsecured Creditors | $302.75 | $0.00 | $302.75 |
| 10 | FIGI'S GIFTS | Unsecured Creditors | $283.93 | $0.00 | $283.93 |

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 11 | STONEBERRY | Unsecured Creditors | $157.18 | $0.00 | $157.18 |
| 12 | MASSEY'S | Unsecured Creditors | $218.20 | $0.00 | $218.20 |
| 13 | Seventh Avenue | Unsecured Creditors | $264.68 | $0.00 | $264.68 |
| 14 | NJ DEPT OF LABOR & WORKFORCE »» PRECIOUS MOMENTS CHILDCARE | Priority Crediors | $918.78 | $918.78 | $0.00 |
| 15 | NJ DEPT OF LABOR & WORKFORCE »» PRECIOUS MOMENTS CHILDCARE | Unsecured Creditors | $4,127.33 | $0.00 | $4,127.33 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» BANK OF MISSOURI | Unsecured Creditors | $595.53 | $0.00 | $595.53 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» CAPITAL ONE | Unsecured Creditors | $2,902.86 | $0.00 | $2,902.86 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» WEBBANK | Unsecured Creditors | $10,509.09 | $0.00 | $10,509.09 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR »» WEBBANK | Unsecured Creditors | $4,199.86 | $0.00 | $4,199.86 |
| 20 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,182.31 | $0.00 | $1,182.31 |
| 21 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $960.99 | $0.00 | $960.99 |
| 22 | NJ DIVISION OF TAXATION »» PRECIOUS MOMENTS CHILDCARE/STIP 6/21/ | Priority Crediors | $1,738.72 | $1,738.72 | $0.00 |
| 23 | QUANTUM3 GROUP LLC »» NEW YORK & CO. | Unsecured Creditors | $2,181.86 | $0.00 | $2,181.86 |
| 24 | Verizon by American InfoSource as Agent | Unsecured Creditors | $76.37 | $0.00 | $76.37 |
| 25 | MIDFIRST BANK »» P/941 VAUGHN AVE/1ST MTG/LOAN MOD ORDER 6/2/22 | Mortgage Arrears No Disbursements: Paid outside | $2,158.58 | $2,158.58 | $0.00 |
| 26 | INTERNAL REVENUE SERVICE »» PRECIOUS MOMENTS CHILDCARE/AMD CON ORD 6/30/20 | Secured Creditors | $29,749.33 | $7,664.97 | $22,084.36 |
| 27 | MIDFIRST BANK »» 941 VAUGHN AVE/PP ARREARS 5/29/20/LOAN MOD ORD 6/2/22 | Mortgage Arrears No Disbursements: Paid outside | $271.60 | $271.60 | $0.00 |
| 28 | MIDFIRST BANK »» P/941 VAUGHN AVE/ATTY FEES 5/29/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION »» LIL SPROUTS/POST-PET/STIP 6/21/20 | Other Administrative Fees | $807.57 | $807.57 | $0.00 |
| 30 | NJ DIVISION OF TAXATION »» LIL SPROUTS/STIP 6/21/20 | Secured Creditors | $1,815.32 | $467.74 | $1,347.58 |
| 31 | NJ DIVISION OF TAXATION »» LIL SPROUTS/STIP 6/21/20 | Priority Crediors | $1,300.63 | $1,300.63 | $0.00 |
| 32 | NJ DIVISION OF TAXATION »» LIL SPROUTS/STIP 6/21/2020 | Unsecured Creditors | $327.14 | $0.00 | $327.14 |
| 0 | Steven J. Abelson, Esq. »» ORDER 7/21/21 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 0 | Steven J. Abelson, Esq. »» ORDER 7/29/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 19-33261 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $85,975.00 | Plan Balance: | $73,074.00 ** |
| Paid to Claims: | $75,758.82 | Current Monthly Payment: | $2,554.00 |
| Paid to Trustee: | $6,713.92 | Arrearages: | $2,858.00 |
| Funds on Hand: | $3,502.26 | Total Plan Base: | $159,049.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.