| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: MidFirst Bank | **Order Filed on June 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>       Diana Waher-Sala dba Lil Sprouts & Precious Moments<br>                          Debtor<br>Donald Sala<br>                          Co-Debtor | Case No.: <u>19-33261 CMG</u><br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: <u>Christine M. Gravelle</u> |

**ORDER VACATING STAY RELIEF ORDER & RESOLVING CERTIFICATION of DEFAULT**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Diana Waher-Sala dba Lil Sprouts &Precious Moments & Donald Sala
Case No:  19-33261 CMG
Caption of Order:  ORDER REINSTATING STAY AND RESOLVING CERTIFICATION of DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 941 Vaughn Avenue, Toms River, NJ 08753, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Abelson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of April 27, 2023, the loan has been brought current; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume May 1, 2023, directly to Secured Creditor, MidFirst Bank (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.

**(Page 3)**
Debtor:  Diana Waher-Sala dba Lil Sprouts &Precious Moments & Donald Sala
Case No:  19-33261 CMG
Caption of Order:  ORDER REINSTATING STAY AND RESOLVING CERTIFICATION of DEFAULT

_____

I hereby agree and consent to the above terms and conditions:	Dated:   4/27/2023


*/s/Denise Carlon*
DENISE  CARLON,  ESQ.,  ATTORNEY  FOR  SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:	Dated:   05/17/2023


*/s/ Steven J. Abelson*
STEVEN J. ABELSON, ESQ., ATTORNEY FOR DEBTOR