

Steven J. Abelson, Esq.

80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728

Phone: (877) 552-5529
(732) 462-4773
Fax: (732) 462-6673

www.atrbklaw.com
Email: sjaesq@atrbklaw.com

November 14, 2023

Clerk, US Bankruptcy Court
402 E. State Street
Trenton, NJ  08602

    RE:  In re Diana Waher-Sala
    Case # 19-33261 (CMG)

Dear Sir/Madam:

    Kindly withdraw the original Notice of Proposed Private Sale (Docket # 103 filed on 11/14/23) as it lists the incorrect sales price.

Very truly yours,

*/s/ Steven J. Abelson*

Steven J. Abelson, Esq.

SJA/aoc

