UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-33261 |
| DIANA WAHER-SALA | Chapter: | 13 |
| | Judge: | CMG |

## CORRECTED NOTICE OF PROPOSED PRIVATE SALE

__DIANA WAHER-SALA__, __Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clerk, US Bank Bankruptcy Court
402 E. State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __CHRISTINE M. GRAVELE__ on __12/20/23__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 E. State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   Corporate Shares of L'il Sprouts Educational Center Inc.

Proposed Purchaser:   Martin Mueller

Sale price:  $ 245,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   Joseph Michelini, Esq.
Amount to be paid:   $ 2,500
Services rendered:   Sale of Corporation
-------------

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Steven J. Abelson, Esq. |
| Address: | PO Box 7005, 80 West Main St., Freehold, NJ  07728 |
| Telephone No.: | (732) 462-4773 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-33261-CMG

Diana Waher-Sala     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4

Date Rcvd: Nov 15, 2023     Form ID: pdf905     Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Waher-Sala, 941 Vaughn Avenue, Toms River, NJ 08753-7954 |
| 518673644 | + | ABC Receivables, PO Box 350, Asbury Park, NJ 07712-0350 |
| 518620323 | + | ADS, 495 Commerce Dr, Ste 2, Amherst, NY 14228-2311 |
| 518673650 | + | CMC Home Health, 99 Route 37 West, Toms River, NJ 08755-6423 |
| 518673648 | + | Clinical Practices-UPenn, PO Box 7579, Philadelphia, PA 19175-0001 |
| 518673649 | + | Clovis & Roche, PO Box 1164, Metairie, LA 70004-1164 |
| 518673653 | + | Community surgical Supply, 1390 Route 37 West, Toms River, NJ 08755-4924 |
| 518673654 | + | Delbet Services Corp, 7125 Pollock Drive, Las Vegas, NV 89119-4415 |
| 518620335 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 518673662 | + | Monmouth Ocean Hospital Services, 4806 Megill Road, Neptune, NJ 07753-6926 |
| 518734945 | | New Jersey Department of, Labor and Workforce, Development, Division of Employer, Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518889769 | + | New Jersey Natural Gas, PO Box 1378, Wall, NJ 07719-1378 |
| 518889770 | + | Ocean/B-Safe Security Systems, 679 Bridgeton Pike, Mantua, NJ 08051-1320 |
| 518673663 | + | Paths LLC, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 518673664 | + | RMS, PO Box 509, Richfield, OH 44286-0509 |
| 518673665 | | Route 9 Shopper, Direct Mail, Englishtown, NJ 07726 |
| 518704647 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518889771 | + | Suez Water Toms Rivre, 69 Devoe Place, Hackensack, NJ 07601-6105 |
| 518673667 | + | Supermedia, PO Box 619810, Dallas, TX 75261-9810 |
| 518664758 | | THE STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON, NJ 08625-0379 |
| 518673668 | + | UMDNJ, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518620343 | + | UMDNJ Hospital, 150 Bergen Street, Newark, NJ 07103-2406 |
| 518673670 | | UPA Recovery, ADMC Bldg, #12, 39 Bergen St., Newark, nj 07107 |
| 518673669 | + | University Physician Associates of NJ, 220 Davidson Avenue, 2nd Floor, Somerset, NJ 08873-4149 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518673645 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 15 2023 21:01:00 | ALliance One, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 518620324 | ^ | MEBN | Nov 15 2023 20:59:36 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, |

Case 19-33261-CMG   Doc 106   Filed 11/17/23   Entered 11/18/23 00:22:52   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf905 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | Washington, DC 20530-0001 |
| 518673647 | | Email/Text: bankruptcy@cashcall.com | Nov 15 2023 21:02:00 | Cash Call, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 518673646 | + | Email/Text: bnc-capio@quantum3group.com | Nov 15 2023 21:02:00 | Capio Partners, 2222 Texoma Pkwy, Suite 150, Sherman, TX 75090-2481 |
| 518620325 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 21:13:59 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518673651 | + | Email/Text: documentfiling@lciinc.com | Nov 15 2023 21:01:00 | Comcast, 12641 Corporate Lakes Drive, Ft. Myers, FL 33913-9900 |
| 518673652 | + | Email/Text: ebn@rwjbh.org | Nov 15 2023 21:02:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518620326 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2023 21:13:23 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518620334 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 21:24:30 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 518672059 | ^ | MEBN | Nov 15 2023 20:58:32 | Figi's Gifts, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620327 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 15 2023 21:13:24 | First Premier Bank, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 518620328 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 15 2023 21:01:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 518673655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 21:13:22 | GE Capital/Lowes, Attn BK Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 518673656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 21:13:44 | GECRB, PO Box 960010, Orlando, FL 32896-0010 |
| 518620329 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2023 21:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518889768 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 15 2023 21:02:00 | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 518673657 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Nov 15 2023 21:02:00 | Jersey Shore U Med Ctr, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518629685 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518620333 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2023 21:01:00 | Lending Club, 595 Market Street, Ste 200, San Francisco, CA 94105-2802 |
| 518673658 | + | Email/Text: BKNotice@ldvlaw.com | Nov 15 2023 21:02:00 | Lyons, Doughty & Veldhuis, PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 518672061 | + | Email/Text: bankruptcy@sccompanies.com | Nov 15 2023 21:01:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518673659 | ^ | MEBN | Nov 15 2023 21:00:34 | McCarthy, Burgess & Wolff, The MB&W Bldg, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 518673660 | ^ | MEBN | Nov 15 2023 20:58:58 | Mercantile Adjustment, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 518673661 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 15 2023 21:24:31 | Midfirst Bank, 999 Northwest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 518620337 | ^ | MEBN | Nov 15 2023 20:57:12 | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518620336 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 21:02:00 | New York & Co, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 518620339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2023 21:24:15 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, |

Case 19-33261-CMG    Doc 106    Filed 11/17/23    Entered 11/18/23 00:22:52    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf905 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | | Norfolk, VA 23502 |
| 519244335 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 15 2023 21:13:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519244336 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 15 2023 21:24:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518684572 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 15 2023 21:13:32 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 518654927 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 15 2023 21:13:57 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518654983 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 15 2023 21:13:38 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518699726 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Nov 15 2023 21:02:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518631895 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 15 2023 21:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518712935 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 15 2023 21:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518698061 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 15 2023 21:02:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518620338 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Nov 15 2023 21:01:00 | NJ Division of Taxation, Compliance & Enforcement-Bankruptcy, 50 Barrack Street, 9th Fl, P.O. Box 245, Trenton, NJ 08695-0267 |
| 518673666 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 15 2023 21:13:51 | Sears/Citibank, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 518672062 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Nov 15 2023 21:02:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620340 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Nov 15 2023 21:02:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518672060 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Nov 15 2023 21:01:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620341 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Nov 15 2023 21:02:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518623348 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 15 2023 21:24:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518620342 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 15 2023 21:13:27 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518676191 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Nov 15 2023 21:01:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518672058 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Nov 15 2023 21:02:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518620344 | + Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Nov 15 2023 21:02:00 | United States Attorney, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 518721042 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 15 2023 21:13:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518620345 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Nov 15 2023 21:02:00 | WebBank/Fingerhut, 215 S. State St., Ste 800, Salt Lake City, UT 84111-2339 |

| 518673671 | + Email/Text: bncmail@w-legal.com | Nov 15 2023 21:02:00 | Weinstein & Riley, 2001 Western AVenue, Suite 400, Seattle, WA 98121-3132 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518620330 | *+ | Internal Revenue Service (SP), Special Procedures, 200 Sheffield Street, Mountainside, NJ 07092-2314 |
| 518620331 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518729067 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518620332 | ##+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 518673672 | ##++++ | YELLOW BOOK USA, 398 RXR PLZ, UNIONDALE NY 11556-0398, address filed with court:, Yellow Book USA, 193 EAB Plaza, Uniondale, NY 11556-0193 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Diana Waher-Sala sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Taxation Valerie.Hamilton@law.njoag.gov |
| Valerie A. Hamilton | on behalf of Creditor NJ Division of Employer Accounts Valerie.Hamilton@law.njoag.gov |

TOTAL: 8