**ABELSON LAW OFFICES**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br>  DIANA WAHER-SALA<br><br>    Debtor. | Case No.    19-33261 (CMG)<br><br>Chapter   13<br><br>**SUPPLEMENTAL CERTIFICATION IN SUPPORT OF MOTION TO APPROVE SALE OF CORPORATE SHARES**<br><br>Hearing Date: **December 20, 2023 @ 9:00 A.M.** |

    STEVEN J. ABELSON, hereby certifies as follows:

    1) I am an Attorney at Law of the State of New Jersey and this District and am charged with the representation of the Debtor in this matter.

    2) This certification is made to correct an error in the original filing. The total sales price should be reflected as $ 245,000 - and not $ 220,000. The initial deposit being paid was inadvertently excluded.

3) We were made aware of this by the AG's office in time to revise and submit a corrected DNJ Form 12 so notice was given at the correct price.

4) The revisions to Exhibit E as to proposed distribution is as follows:

### EXHIBIT E

PROPOSED DISTRIBUTION

| | |
|---|---|
| SALES PRICE | $ 245,000 |

Less:

| | |
|---|---|
| 1) Payoff to UCC Holder Fink: | < $ 90,500> |
| 2) Capital Gain Tax Payment | < $ 32,654> |
| 3) NJ Dept of Labor/Emp. Accts | < $ 10,356> |
| 4) Professional Fees for Sale | < $  2,500> |
| 5) Balance of Chapter 13 plan | < $ 54,426> |

Proceeds to Debtor                                                             $ 54,564

### CERTIFICATION

I hereby certify that the foregoing statements are true. If any of the foregoing statements are wilfully false, I realize that I am subject to punishment.

/s/   Steven J. Abelson

Dated: 11/20/23                                           STEVEN J. ABELSON