

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON & TRUESDALE, LLC**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor |
| In Re:<br>DIANA WAHER-SALA |

**Order Filed on December 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-33261 (CMG)
Hearing Date: 12/20/23
JUDGE: HON. CHRISTINE M GRAVELLE

## ORDER APPROVING SALE
## OF CORPORATE SHARES OF L'IL SPROUTS EDUCATIONAL CENTER INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING SALE
OF CORPORATE SHARES OF L'IL SPROUTS EDUCATIONAL CENTER INC.

**CASE NUMBER**:  19-33261

**DATE OF HEARING**: 12/20/23

**JUDGE**: HON.  CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtors by their counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The proposed sale by the Debtor of the Corporate shares of L'il Sprouts Educational Center Inc. to Martin Mueller (or other entity as to be determined) for $ 220,000 is hereby approved as proposed.

2) The distribution as set forth by Debtor is approved and the balance of the Chapter 13 Plan will be satisfied from the proceeds of the sale.

3) Compensation to the Debtor's attorney for the Sale, Joseph Michelini, Esq. in the amount of $ 2,445 is approved.

.