

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON & TRUESDALE, LLC**<br>BY: Steven J. Abelson, Esq..<br>ID #SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | Order Filed on December 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>DIANA WAHER-SALA | Case No.: 19-33261 (CMG)<br>Hearing Date: 12/20/23<br>JUDGE: HON. CHRISTINE M GRAVELLE |

### ORDER APPROVING SALE
### OF CORPORATE SHARES OF L'IL SPROUTS EDUCATIONAL CENTER INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2023**

_/s/ Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING SALE
OF CORPORATE SHARES OF L'IL SPROUTS EDUCATIONAL CENTER INC.

**CASE NUMBER**:  19-33261

**DATE OF HEARING**: 12/20/23

**JUDGE**: HON.  CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtors by their counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1)  The proposed sale by the Debtor of the Corporate shares of L'il Sprouts Educational Center Inc. to Martin Mueller (or other entity as to be determined) for $ 220,000 is hereby approved as proposed.

2)  The distribution as set forth by Debtor is approved and the balance of the Chapter 13 Plan will be satisfied from the proceeds of the sale.

3)  Compensation to the Debtor's attorney for the Sale, Joseph Michelini, Esq. in the amount of $ 2,445 is approved.

.

United States Bankruptcy Court

District of New Jersey

In re:  
Diana Waher-Sala  
    Debtor

Case No. 19-33261-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 20, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diana Waher-Sala, 941 Vaughn Avenue, Toms River, NJ 08753-7954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Diana Waher-Sala sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 20, 2023 | Form ID: pdf903 | Total Noticed: 1

Valerie A. Hamilton
          on behalf of Creditor NJ Division of Taxation Valerie.Hamilton@law.njoag.gov

Valerie A. Hamilton
          on behalf of Creditor NJ Division of Employer Accounts Valerie.Hamilton@law.njoag.gov

TOTAL: 8