UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

WAHER-SALA, DIANA

Case No.: _____ 19-33261 _____

Chapter: _____ 13 _____

Judge: _____ CMG _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Diana Waher-Sala _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _2/16/2024_                    _____
                                          Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*